# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1997
Lower Tribunal No. 2012-CF-002401

_____

MARK WILLIAM SHORES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Osceola County.
Tanya Davis Wilson, Judge.

July 16, 2024

PER CURIAM.

AFFIRMED.

WHITE, MIZE and GANNAM, JJ., concur.


Mark William Shores, Monticello, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED